UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

MICHELLE BROWN,                    :
         Plaintiff,              :
                             :
         v.                     :    No. 5:21-cv-01552
                             :
C.R. BARD, INC.,                   :
         Defendant.              :

_____

**O R D E R**

    **AND NOW**, this 11th day of February, 2022, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

    1.    The Motion to Dismiss, ECF No. 14, is **GRANTED/DENIED in part**.

    2.    The Motion is **granted as follows**:

        A.    Count I (negligence- to the extent it is based on a manufacturing defect), Count III (strict liability- manufacturing defect), Count V (common law fraud), Count VI (breach of express warranty), Count VIII (constructive fraud), and Count IX (negligent misrepresentation), are **dismissed without prejudice**.

        B.    Count II (strict liability- design defect), Count IV (strict liability- failure to warn), Count VII (breach of implied warranty- to the extent it is based on a design defect), Count XI (UTPCPL), and Count XII (unjust enrichment) are **dismissed with prejudice**.

    3.    The Motion to Dismiss is **denied as follows**:

        A.    Count I (negligence- to the extent it is based on a design defect or the failure to warn) is sufficient to state a claim.

        B.    Count X (NIED) is sufficient to state a claim.

    4.    **Within twenty days of the date of this Order**, Plaintiff may, consistent with the Opinion, file a second amended complaint as to any claims dismissed without prejudice.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge